MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

In Re: ) Chapter 7
)
CECIL HALL, ) Bankruptcy No.
)
)
)
Debtor. )
_____ ) HON.

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1800.00

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $1800.00*
*In addition, we also received $306 for the filing fee.

Balance due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $0.00

2. The source of the compensation paid to me was:

      [X] Debtor        [ ] Other:

3. The source of compensation to be paid to me is :

      [ ] Debtor        [ ] Other:

/ / / /

/ / / /

4.  [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

[ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   a. Representation in proceedings arising from objections to claims of exemption, reaffirmation of debts, objections to discharge and dischargeability of debts, the avoidance of liens or other services rendered after the first meeting of creditors.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to the Moran Law Group, Inc. for representation of the debtor in this bankruptcy proceeding.

MORAN LAW GROUP, INC.

Dated: January 22, 2014
/s/ Reṇée C. Mendoza
RENÉE C. MENDOZA
Attorney for Debtor

-2-                    DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR